**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| ALMONDNET, INC. and INTENT IQ, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> FREEWHEEL MEDIA, INC. and BEESWAX.IO CORP., <br><br> Defendants. | Case No. 23-CV-00220-MN |

## JOINT STIPULATION AND ORDER

WHEREAS, Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs

AlmondNet, Inc. and Intent IQ, LLC (collectively, "Plaintiffs") and Defendants FreeWheel

Media, Inc. and Beeswax.io Corp. (collectively, "Defendants") (collectively, "the Parties") have

resolved Plaintiffs' claims for relief against Defendants asserted in this case.

WHEREAS, the Parties, through their attorneys of record, request this Court to dismiss

all claims between them in this action.

WHEREAS, the Parties further agree that each party shall bear its own attorneys' fees,

costs of court, and expenses borne by the party incurring the same.

IT IS THEREFORE ORDERED that Plaintiffs' claims for relief in this action are

dismissed with prejudice. IT IS FURTHER ORDERED that Defendants' claims for relief in this

action are dismissed without prejudice. IT IS FURTHER ORDERED that all attorneys' fees,

costs of court, and expenses shall be borne by each party incurring the same.

| | |
|---|---|
| FARNAN LLP | YOUNG CONWAY STARGATT & TAYLOR, LLP |

1

/s/ Brian E. Farnan
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 N. Market Street, 12th Floor
Wilmington, DE 19801
Telephone: 302-777-0300
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

*Counsel for Plaintiffs AlmondNet, Inc. and
Intent IQ, LLC*

/s/ Ryan P. Newell
Ryan P. Newell (No. 4744)
Robert M. Vrana (No. 5666)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
rnewell@ycst.com
rvrana@ycst.com

*Counsel for Defendants FreeWheel Media,
Inc. and Beeswax.io Corp.*


Dated:  June 23, 2025


**SO ORDERED** this 24th day of June 2025.

The Honorable Maryellen Noreika
United States District Judge